IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARBARA G. REAVES                                                               PLAINTIFF

VS.                          4:05CV01240-WRW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration
DEFENDANT

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a _de novo_ review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 14th day of September, 2006.


                                                  /s/Wm. R. Wilson, Jr.
                                    UNITE STATES DISTRICT JUDGE